**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
LIANG QI REN,

Plaintiff,

-against-

SHAKALAKA BAKERY INC,

Defendant.
---------------------------------------------------------------X

**26-CV-1694 (GWH) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide an update to the Court concerning the status of fact discovery by **Friday, October 30, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 8, 2026

VALERIE FIGUEREDO
United States Magistrate Judge