Valli Kane & Vagnini

EMPLOYEE RIGHTS ATTORNEYS

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: (516) 203-7180
Fax: (516) 706-0248
www.vkvlawyers.com

October 23, 2026

**VIA ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Federal Plaza
New York, New York 11722

**Re:** ***Qi Ren v. Shakalaka Bakery Inc.***
**Case No.: 1:26-CV-01694**

Dear Judge Figueredo:

We represent Plaintiff Liang Qi Ren ("Plaintiff") in the above-captioned action and write jointly with counsel for Defendant Shakalaka Bakery, Inc. (with Plaintiff, the "Parties") to respectfully request that all remaining deadlines in the Scheduling Order (*see* dkt. no. 18) be adjourned *sin die* and that Plaintiff's motion for 29 U.S.C. § 216(b) conditional collective certification (*see* dkt. no. 20) be held in abeyance.

The Parties are pleased to inform the Court that they have reached a class settlement and are in the process of memorializing it. Thereafter, the undersigned will promptly submit the appropriate motion papers to the Court to commence the Rule 23(e) settlement approval process. Accordingly, the Parties respectfully request that all remaining deadlines be adjourned *sine die*, Plaintiff's motion for conditional collective certification be held in abeyance, and that they be directed to submit a joint status report by December 7, 2026.

*/s/ Alexander M. White*
Alexander M. White, Esq.

cc: All Counsel of Record via ECF

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 27, 2026**

All remaining deadlines are **ADJOURNED**. The motion at ECF No. 20 is considered withdrawn. The Clerk of Court is respectfully directed to close the motion at ECF No. 20.